Circuit Court for Wicomico County
Case No. 22-K-08-000665

IN THE COURT OF APPEALS

OF MARYLAND

No. 25

September Term, 2018

DEVON JORDAN TAYLOR

v.

STATE OF MARYLAND

Barbera, C.J.
Greene
Adkins
McDonald
Watts
Hotten
Getty,

JJ.

PER CURIAM ORDER

Filed: August 1, 2018

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Bessie Decker, Clerk
April 20, 2018

| DEVON JORDAN TAYLOR | * | IN THE |
| | * | COURT OF APPEALS |
| v. | * | OF MARYLAND |
| | * | No. 25 |
| STATE OF MARYLAND | * | September Term, 2018 |

## PER CURIAM ORDER

The petition for writ of certiorari in the above-entitled case having been granted and thereafter an Unopposed Motion for Clarification and a Joint Motion to Bifurcate Appeal having been filed, it is this 1st day of August, 2018,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.

/s/ Mary Ellen Barbera
Chief Judge